Prob 22(Rev. 03/97)

# TRANSFER OF JURISDICTION

| | |
|---|---|
| DOCKET NO. (Transferring Court) | 0864-4:89CR00002-005(DSD) |
| DOCKET NO. (Receiving Court) | CR 07 0458 CRB |

| NAME of supervised releasee | DISTRICT | DIVISION |
|---|---|---|
| John Henry Griffin | MINNESOTA | |
| | NAME OF SENTENCING JUDGE | |
| | Honorable David S. Doty | |
| | DATES OF TSR | FROM 01/04/2007 — TO 01/03/2014 |

**OFFENSE**

Conspiracy to Distribute Heroin and Possession with Intent to Distribute Heroin

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MINNESOTA

IT IS HEREBY ORDERED pursuant to 18 U.S.C. §3605 the jurisdiction of the supervised releasee named above be transferred with the records of this Court to the United States District Court for the Northern District of California upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of TSR may be changed by the District Court to which this transfer is made without further inquiry of this Court.

7/2/07
Date

David S. Doty, United States District Judge

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

IT IS HEREBY ORDERED that jurisdiction of the above supervised releasee be accepted and assumed by this Court from and after the entry of this order.

July 11, 2007
Effective Date

United States District Judge