

# UNITED STATES DISTRICT COURT
## District of Minnesota

Richard D. Sletten, Clerk
Wendy S. Osterberg, Chief Deputy Clerk

| | | | |
|---|---|---|---|
| 700 Federal Building | 202 U.S. Courthouse | 417 Federal Building | 212 U.S. Courthouse |
| 316 North Robert Street | 300 South Fourth Street | 515 West First Street | 118 South Mill Street |
| St. Paul, MN 55101 | Minneapolis, MN 55415 | Duluth, MN 55802 | Fergus Falls, MN 56537 |
| (651) 848-1100 | (612) 664-5000 | (218) 529-3500 | (218) 739-5758 |

August 5, 2007

Mr. Richard W. Wieking, Clerk
United States District Court
400S Ronald V. Dellums Federal Building
1301 Clay Street
Oakland, CA 94612-5217

Re:   John Henry Griffin
      Our Case Number: 4:89cr2(5) DSD
      Your Case Number: 0458CRB

Dear Clerk:

### Initial Transfer Out

☐ Enclosed please find Probation Form 22 initiating the Transfer of Jurisdiction to your district. Please return an original to this office after jurisdiction has been accepted. When received, we will forward certified copies of the pertinent documents to you.

### Final Transfer Out

☒ Enclosed please find certified copies of Probation Form 22 transferring the jurisdiction from the District of Minnesota to your District. Also, enclosed are certified copies of the charging document, Judgment & Commitment Order, Docket Sheet and Financial Case Inquiry Report.

### Transfer In

☐ Enclosed please find Probation Form 22 indicating that our court has accepted jurisdiction. Please forward certified copies of Probation Form 22, charging document, Judgment & Commitment Order, Financial Case Inquiry Report and Docket Sheet for **only** this defendant.

### Rule 5 (formerly Rule 40) Removal Proceedings

☐ Enclosed please find certified copies of all documents filed in our court.

### Rule 20

☐ Enclosed please find certified copies of the Docket Sheet, charging instrument, and Consent to Transfer pursuant to Rule 20.

**Please acknowledge receipt of these documents by returning, in the envelope provided, a copy of the enclosed letter stamped "RECEIVED".**

Sincerely,

RICHARD D. SLETTEN, CLERK

Mary Kay Forehner, Deputy Clerk

cc:   Jeffrey Paulsen, Assistant U. S. Attorney
      Public Defender's Office
      David J. Schwab, Probation Officer (Mpls)(All except Rule 5)
      Financial Litigation Unit (Final & Transfer In)
      Financial Services Department (Final & Transfer In)
      File 4:89cr2(5) DSD

Prob 22(Rev. 03/97)

FILED

| TRANSFER OF JURISDICTION | DOCKET NO. (Transferring Court) 864-4:89CR00002-005(DSD) |
|---|---|
| 07 JUL 18 PM 2:34 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA CR 07 0458 CRB | DOCKET NO. (Receiving Court) |

| NAME of supervised releasee | DISTRICT | DIVISION |
|---|---|---|
| John Henry Griffin | MINNESOTA | |
| | NAME OF SENTENCING JUDGE | |
| | Honorable David S. Doty | |
| | DATES OF TSR | FROM 01/04/2007 | TO 01/03/2014 |

OFFENSE

Conspiracy to Distribute Heroin and Possession with Intent to Distribute Heroin

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF  MINNESOTA

IT IS HEREBY ORDERED pursuant to 18 U.S.C. §3605 the jurisdiction of the supervised releasee named above be transferred with the records of this Court to the United States District Court for the Northern District of California upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of TSR may be changed by the District Court to which this transfer is made without further inquiry of this Court.

7/2/07

Date                                                                  David S. Doty, United States District Judge

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

IT IS HEREBY ORDERED that jurisdiction of the above supervised releasee be accepted and assumed by this Court from and after the entry of this order.

July 11, 2007

Effective Date                                                           United States District Judge

AUG 0 5 2007
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

96

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,                )
                                         )
            Plaintiff,                   )
                                         )
        v.                               )
                                         )       Cr 4-89-2 (05)
MARTHA ANN TAYLOR, a/k/a                 )
MARTHA ANN CUNNINGHAM, a/k/a             )
MARTHA ANN KWEYAIISUO,                   )       INDICTMENT
STEPHEN CRAIG BAGSHAW,                   )
CLAYTON POWELL BURTON,                   )       (21 U.S.C. §848)
RUBEN VERA, a/k/a                        )       (21 U.S.C. §841(a)(1))
RUBEN VERA CERVANTES, a/k/a              )       (21  U.S.C.  §841(b)(1)(B))
RUBEN CERVANTES VERA,                    )       (21 U.S.C. §846)
JOHN HENRY GRIFFIN,                      )       (18 U.S.C. §924(c)(1))
WILLIAM GEORGE FORD,                     )       (18 U.S.C. §2)
MAKEBA CORLETTA CUNNINGHAM,              )       (18 U.S.C. §1952(a))
ORDELLA SUE SMITH,                       )
ALICE FAY CUNNINGHAM, and                )
KATHLEEN ANN CUNNINGHAM,                 )
                                         )
            Defendants.                  )

THE UNITED STATES GRAND JURY CHARGES THAT:

<u>COUNT I</u>

    From on or before April 25, 1988, to on or about December

10, 1988, in the State and District of Minnesota, and elsewhere,

the defendant,

                MARTHA ANN TAYLOR, a/k/a
                MARTHA ANN CUNNINGHAM, a/k/a
                MARTHA ANN KWEYAIISUO,

willfully,    knowingly    and    intentionally    did    engage

in  a  Continuing  Criminal  Enterprise  in  that  she  did  violate

Title 21, United States Code, Section 841(a)(1), 841(b)(1)(B),



JAN 0 9 1989
FILED FRANCIS E. DOSAL, CLERK
DEPUTY CLERK'S INITIALS



and 846, as alleged in Counts II and III, which counts are
incorporated into this count by reference, which violations were
part of a continuing series of violations of said statutes
undertaken by the defendant with at least five other persons,
with respect to whom the defendant occupied a position of
organizer, supervisor or manager, and from which continuing
series of violations the defendant obtained substantial income
and resources, in violation of Title 21, United States Code,
Section 848.

COUNT II

From on or about April 25, 1988, to on or about December
10, 1988, in the State and District of Minnesota and elsewhere,
the defendants,

MARTHA ANN TAYLOR, a/k/a
MARTHA ANN CUNNINGHAM, a/k/a
MARTHA ANN KWEYAIISUO,
STEPHEN CRAIG BAGSHAW,
CLAYTON POWELL BURTON,
REUBEN VERA, a/k/a
RUBEN VERA CERVANTES, a/k/a
RUBEN CERVANTES VERA,
JOHN HENRY GRIFFIN,
WILLIAM GEORGE FORD,
MAKEBA CORLETTA CUNNINGHAM,
ORDELLA SUE SMITH,
ALICE FAY CUNNINGHAM, and
KATHLEEN ANN CUNNINGHAM,

knowingly and intentionally did combine, conspire, confederate
and agree with each other and with other persons known and
unknown to the grand jury to violate Title 21, United States
Code, Sections 841(a)(1), and 841(b)(1)(B), that is, to dis-
tribute and to possess with intent to distribute 100 grams or

2

more of a mixture or substance containing heroin, a Schedule I
narcotic drug controlled substance; all in violation of Title
21, United States Code, Section 846.

## OVERT ACTS

In furtherance of the conspiracy and to effect the objects
of it, the defendants performed the following overt acts:

1. On April 25, 1988, William George Ford and Clayton
Powell Burton sold approximately one gram of heroin in
Minneapolis, Minnesota.

2. On April 26, 1988, William George Ford and Clayton
Powell Burton sold approximately three grams of heroin in
Minneapolis, Minnesota.

3. On April 28, 1988, William George Ford sold approxi-
mately three grams of heroin in Minneapolis, Minnesota.

4. From April 25, 1988 to December 10, 1988, Martha Ann
Taylor used a house at 2817 Dorman Avenue in Minneapolis,
Minnesota.

5. From April 25, 1988, to December 10, 1988, two tele-
phones to which various telephone numbers were assigned were
used at 4854 Oakland Avenue South in Minneapolis, Minnesota.

6. On May 7, 1988, Makeba Corletta Cunningham travelled
from Minneapolis, Minnesota, to Las Vegas, Nevada, carrying
approximately $15,000.00 in United States currency.

7. On August 16, 1988, Stephen Craig Bagshaw possessed
approximately one gram of heroin in Minneapolis, Minnesota.

8. On August 18, 1988, William George Ford sold approxi-
mately two grams of heroin in Minneapolis, Minnesota.

3

9.   On August 26, 1988, William George Ford sold approximately 7 grams of heroin in Minneapolis, Minnesota.

10.   On September 13, 1988, Alice Fay Cunningham and William George Ford sold approximately 2 grams of heroin in Minneapolis, Minnesota.

11.   On September 23, 1988, John Henry Griffin possessed approximately 3 grams of heroin in St. Paul, Minnesota.

12.   On November 30, 1988, Reuben Vera travelled from California to Minnesota.

13.   On December 4, 1988, Stephen Craig Bagshaw spoke to Kathleen Ann Cunningham over the telephone in the State of Minnesota.

14.   On December 6, 1988, Reuben Vera possessed approximately .6 grams of heroin in Bloomington, Minnesota.

15.   On December 9, 1988, Reuben Vera travelled from California to Minnesota.

16.   On December 10, 1988, Martha Ann Taylor, a/k/a Martha Ann Cunningham, a/k/a Martha Ann Kweyaiisuo and Stephen Craig Bagshaw possessed approximately 220.7 grams of heroin in Minneapolis, Minnesota.

17.   On December 10, 1988, Martha Ann Taylor, a/k/a Martha Ann Cunningham, a/k/a Martha Ann Kweyaiisuo possessed a .38 caliber handgun in Minneapolis, Minnesota.

18.   On December 10, 1988, Kathleen Ann Cunningham possessed $4,792 in United States Currency in Minneapolis, Minnesota.

4

19. On December 10, 1988, Kathleen Ann Cunningham possessed a .22 caliber handgun in Minneapolis, Minnesota.

20. On December 10, 1988, Clayton Powell Burton possessed a derringer handgun in Minneapolis, Minnesota.

21. On December 10, 1988, Clayton Powell Burton possessed a digital pager, a cellular telephone, an Ohaus triple beam scale, and $7,090 in United States Currency.

22. On December 10, 1988, Ordella Sue Smith possessed approximately 7.4 grams of heroin in Minneapolis, Minnesota.

23. On December 10, 1988, John Henry Griffin possessed approximately 1.6 grams of heroin and a cellular telephone in Minneapolis, Minnesota.

24. On December 10, 1988, Makeba Cunningham possessed approximately 110 small ziploc baggies, an Ohaus digital gram scale, and a Precision Scale, in Minneapolis, Minnesota.

25. On December 10, 1988, Makeba Cunningham possessed approximately 3 grams of heroin in Minneapolis, Minnesota.

### COUNT III

On or about the 10th day of December, 1988, in the State and District of Minnesota, the defendants,

> MARTHA ANN TAYLOR, a/k/a
> MARTHA ANN CUNNINGHAM, a/k/a
> MARTHA ANN KWEYAIISUO, and
> STEPHEN CRAIG BAGSHAW,

each aiding and abetting the other, did knowingly and intentionally possess with intent to distribute 100 grams or more of a mixture or substance containing heroin, namely, approximately 220.7 grams of heroin, a Schedule I controlled narcotic drug

5

substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B), and Title 18, United States Code, Section 2.

### COUNT IV

On or about the 10th day of December, 1988, in the State and District of Minnesota, the defendant,

> MARTHA ANN TAYLOR, a/k/a
> MARTHA ANN CUNNINGHAM, a/k/a
> MARTHA ANN KWEYAIISUO,

did knowingly and unlawfully use and carry a firearm, namely a .38 caliber revolver, during and in relation to a drug trafficking crime, namely, the knowing and intentional possession with intent to distribute of approximately 220.7 grams of heroin, a Schedule I narcotic controlled drug substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B), a felony subject to prosecution in a court of the United States, all in violation of Title 18, United States Code, Section 924(c)(1).

### COUNT V

On or about the 25th day of April, 1988, in the State and District of Minnesota, the defendants,

> WILLIAM GEORGE FORD and
> CLAYTON POWELL BURTON,

each aiding and abetting the other, did knowingly and intentionally distribute approximately one gram of heroin, a Schedule I narcotic controlled drug substance, in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

6

## COUNT VI

On or about the 26th day of April, 1988, in the State and District of Minnesota, the defendants,

WILLIAM GEORGE FORD and
CLAYTON POWELL BURTON,

each aiding and abetting the other, did knowingly and intentionally distribute approximately 3 grams of heroin, a Schedule I narcotic controlled drug substance, in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

## COUNT VII

On or about the 28th day of April, 1988, in the State and District of Minnesota, the defendant,

WILLIAM GEORGE FORD,

did knowingly and intentionally distribute approximately 3 grams of heroin, a Schedule I narcotic controlled drug substance, in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT VIII

On or about the 18th day of August, 1988, in the State and District of Minnesota, the defendant,

WILLIAM GEORGE FORD,

did knowingly and intentionally distribute approximately two grams of heroin, a Schedule I narcotic controlled drug substance, in violation of Title 21, United States Code, Section 841(a)(1).

7

## COUNT IX

On or about the 26th day of August, 1988, in the State and District of Minnesota, the defendant,

### WILLIAM GEORGE FORD,

did knowingly and intentionally distribute approximately 7 grams of heroin, a Schedule I narcotic controlled drug substance, in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT X

On or about the 13th day of September, 1988, in the State and District of Minnesota, the defendants,

### WILLIAM GEORGE FORD and ALICE FAY CUNNINGHAM,

each aiding and abetting the other, did knowingly and intentionally distribute approximately two grams of heroin, a Schedule I narcotic controlled drug substance, in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

## COUNT XI

On or about the 23rd day of September, 1988, in the States and District of Minnesota, the defendant,

### JOHN HENRY GRIFFIN,

did knowingly and intentionally possess with intent to distribute approximately 3 grams of heroin, a Schedule I controlled narcotic drug substance, in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT XII

On or about the 10th day of December, 1988, in the State and District of Minnesota, the defendant,

ORDELLA SUE SMITH,

did knowingly and intentionally possess with intent to dis-
tribute approximately 7.4 grams of heroin, a Schedule I narcotic
controlled drug substance, in violation of Title 21, United
States Code, Section 841(a)(1).

### COUNT XIII

On or about the 10th day of December, 1988, in the State
and District of Minnesota, the defendant,

CLAYTON POWELL BURTON,

did knowingly and unlawfully use and carry a firearm, namely, a
.22 caliber derringer handgun, during and in relation to a drug
trafficking crime, namely, conspiracy to distribute heroin, a
Schedule I narcotic controlled drug substance, in violation of
Title 21, United States Code, Section 846, a felony subject to
prosecution in a court of the United States, all in violation
of Title 18, United States Code, Section 924(c)(1).

### COUNT XIV

On or about the 30th day of November, 1988, in the State
and District of Minnesota and elsewhere, the defendant,

RUBEN VERA, a/k/a
RUBEN VERA CERVANTES, a/k/a
RUBEN CERVANTES VERA,

did travel in interstate commerce from the State of California
to the State of Minnesota with intent to promote, manage,
establish, carry on, and facilitate the promotion, management,
establishment, and carrying on of an unlawful activity, namely
the distribution of a narcotic controlled substance, heroin, and

9

thereafter did perform and attempt to perform acts to promote, manage, establish, carry on, and facilitate the promotion, management, establishment, and carrying on of said unlawful activity, all in violation of Title 18, United States Code, Section 1952(a).

## COUNT XV

On or about the 9th day of December, 1988, in the State and District of Minnesota and elsewhere, the defendant,

RUBEN VERA, a/k/a
RUBEN VERA CERVANTES, a/k/a
RUBEN CERVANTES VERA,

did travel in interstate commerce from the State of California to the State of Minnesota with intent to promote, manage, establish, carry on, and facilitate the promotion, management, establishment, and carrying on of an unlawful activity, namely the distribution of a narcotic controlled substance, heroin, and thereafter did perform and attempt to perform acts to promote, manage, establish, carry on, and facilitate the promotion, management, establishment, and carrying on of said unlawful activity, all in violation of Title 18, United States Code, Section 1952(a).

## COUNT XVI

On or about the 7th day of May, 1988, in the State and District of Minnesota and elsewhere, the defendant,

MAKEBA CORLETTA CUNNINGHAM,

did travel in interstate commerce from the State of Minnesota to the State of Nevada with intent to distribute the proceeds

10

of unlawful activity, namely, the proceeds of the distribution
of heroin, a narcotic controlled substance, and thereafter did
attempt to distribute the proceeds of unlawful activity, namely,
the proceeds of the distribution of heroin, all in violation of
Title 18, United States Code, Section 1952(a).

## COUNT XVII

On or about the 10th day of December, 1988, in the State
and District of Minnesota, the defendant,

### MAKERA CORLETTA CUNNINGHAM,

did knowingly and intentionally possess with intent to distri-
bute approximately 3 grams of heroin, a Schedule I controlled
narcotic drug substance, in violation of Title 21, United States
Code, Section 841(a)(1).

## COUNT XVIII

On or about the 10th day of December, 1988, in the State
and District of Minnesota, the defendant,

### JOHN HENRY GRIFFIN,

did knowingly and intentionally possess with intent to distri-
bute approximately 1.6 grams of heroin in violation of Title 21,
United States Code, Section 841(a)(1),

A TRUE BILL

UNITED STATES ATTORNEY                    FOREPERSON

11

AO 245 S (3/88) Sheet 1 - Judgment Inclu... Sentence Under the Sentencing Reform Act

# United States District Court

FOURTH DIVISION    **District of**    MINNESOTA

UNITED STATES OF AMERICA

V.

**JUDGMENT INCLUDING SENTENCE
UNDER THE SENTENCING REFORM ACT**

JOHN HENRY GRIFFIN

Case Number    CR. 4-89-2(5)

(Name of Defendant)

Barry Voss

Defendant's Attorney

THE DEFENDANT:

☐ pleaded guilty to count(s) _____ .
☒ was found guilty on count(s) _____ I, II & III _____ after a
plea of not guilty.

Accordingly, the defendant is adjudged guilty of such count(s), which involve the following offenses:

| Title & Section | Nature of Offense | Count Number(s) |
|---|---|---|
| Title 21, United States Code, Section 846 | Conspiracy to distribute heroin | I |
| Title 21, United States Code, Section 841(a)(1) | Possession with intent to distribute heroin | II & III |

The defendant is sentenced as provided in pages 2 through ___4___ of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____ ,
and is discharged as to such count(s).
☐ Count(s) _____ (is)(are) dismissed on the motion of the
United States.
☐ The mandatory special assessment is included in the portion of this Judgment that imposes a fine.
☒ It is ordered that the defendant shall pay to the United States a special assessment of $ 150.00 ,
which shall be due immediately.

It is further ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of residence or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid.

Defendant's Soc. Sec. Number:

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

October 17, 1989

Date of Imposition of Sentence

Defendant's mailing address:

Minnesota State Prison

Stillwater, MN

Signature of Judicial Officer

David S. Doty, Judge of U.S. District Court

Name & Title of Judicial Officer

Defendant's residence address:

Minnesota State Prison

October 20, 1989

Date

Stillwater, MN

(37)

AO 245 S (3/88) Sheet 2 - Imprisonment

Defendant:  JOHN HENRY GRIFFIN                    Judgment—Page __2__ of __4__
Case Number:  CR. 4-89-2(5)

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of _three hundred sixty (360) months on each of Counts I, II and_ . III to run concurrently.

☒ The Court makes the following recommendations to the Bureau of Prisons:

The Court recommends drug treatment and incarceration in the State of Minnesota.

☒ The defendant is remanded to the custody of the United States Marshal.
☐ The defendant shall surrender to the United States Marshal for this district,

                a.m.
☐  at _____ p.m. on _____ .

☐  as notified by the Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons

☐  before 2 p.m. on _____.

☐  as notified by the United States Marshal.
☐  as notified by the Probation Office.

## RETURN

I have executed this Judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____ at
_____ , with a certified copy of this Judgment.

_____
**United States Marshal**

By _____
**Deputy Marshal**

Judgment—Page ___3___ of ___4___

Defendant:    JOHN HENRY GRIFFIN
Case Number:    CR. 4-89-2(5)

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of _____ eight (8) years on each of Counts I, II and III and each count to run currently under the following conditions:

1.  That defendant not possess any firearms or other dangerous weapons;

2.  That at the direction of the U.S. Probation Office you participate in and complete a program approved by that office for urinalysis testing and treatment of chemical dependency.

While on supervised release, the defendant shall not commit another Federal, state, or local crime and shall comply with the standard conditions that have been adopted by this court (set forth on the following page). If this judgment imposes a restitution obligation, it shall be a condition of supervised release that the defendant pay any such restitution that remains unpaid at the commencement of the term of supervised release. The defendant shall comply with the following additional conditions:

☐ The defendant shall pay any fines that remain unpaid at the commencement of the term of supervised release.

Judgment—Page ___4___ of ___4___

Defendant:    JOHN HENRY GRIFFIN
Case Number:   CR. 4-89-2(5)

## STANDARD CONDITIONS OF SUPERVISION

While the defendant is on probation or supervised release pursuant to this Judgment:

1) The defendant shall not commit another Federal, state or local crime;

2) the defendant shall not leave the judicial district without the permission of the court or probation officer;

3) the defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month;

4) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

5) the defendant shall support his or her dependents and meet other family responsibilities;

6) the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;

7) the defendant shall notify the probation officer within seventy-two hours of any change in residence or employment;

8) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician;

9) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

10) the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;

11) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;

12) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

13) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

14) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

These conditions are in addition to any other conditions imposed by this Judgment.

PO ☐ 0864 4 6416 ☐ JU E ☐-GRIFFIN, JOHN HENRY    **SIRS**    1 9 89    00002    (5)
Disp./Sentence

Misc. ☐    ☐ ALIAS    No. of    U.S. MAG. 88-158(2)
Felony ☒ District    Off ☐ Judge/Magistr.    OFFENSE ON INDEX CARD☐    ☒X10 Def's CASE NO

**I. CHARGES**

| U.S. TITLE/SECTION | OFFENSES CHARGED | ORIGINAL COUNTS | D/SM | |
|---|---|---|---|---|
| 21 846 | Conspiracy. to. distribute and possession with intent to dis. herion, a schedule I controlled narc. sub.Ct. 2 | 1 | | |
| 21 841 (a) (1) 11-18 | Possession of heroine with intent to distribute. Cts. | 2. | | |
| 21 851 | Establish prior convictions in drug offenses. | 1 | | |

SUPERSEDING COUNTS

**II. KEY DATE**

INTERVAL ONE — ☐ arrest / ☐ sum'ns / ☐ custody / ☐ appears on complaint
KEY DATE
EARLIEST OF

KEY DATE — 1-09-89
APPLICABLE

END ONE AND/OR BEGIN TWO (OR RESTART PERIOD TO TRIAL)
☐ Indictment filed/unsealed
☐ consent to Magr. trial on complaint
☐ Information
☐ Felony-Waiver

KEY DATE — a)L☐ 1st appears on bending charge /R40
b)L☐ Receive file R'20'21
c)L☐ Supsdg L☐Ind L☐Inf
d)L☐ Order New trial
e)L☐ Remand f)L☐G/P Withdrawn

END INTERVAL TWO
☐ Dismissal
Plea
☐ guilty L☐ After N.G
☐ Nolo L☐ After nolo
☐ Trial (voir dire) began
☐ Jury ☐ N.J.

KEY DATE
APPLICABLE

1st appears with or waives counsel | ARRAIGNMENT | 1st Trial Ended | RE-TRIAL | 2nd Trial Began | DISPOSITION DATE | SENTENCE DATE | ☐PTD Nolle ☐Pros. | FINAL CHARGES DISMISSED on S.T. on not motion grounds ☐ W.P. ☐WOP on gov't motion

**III. MAGISTRATE**

| Search Warrant | Issued Return | DATE | INITIAL/NO. | INITIAL APPEARANCE DATE ► 12/12/88  JEC 64AM | OUTCOME: |
|---|---|---|---|---|---|
| Summons | Issued Served | | | PRELIMINARY EXAMINATION  Date Scheduled ► 12/14/88 JEC 64AM  ☐ REMOVAL OR ☐ HEARING  Date Held ► 12/14/88 JEC 64AM | ☒ HELD FOR GJ OR OTHER PRO CEEDING IN THIS DISTRICT ☐ DISMISSED |

Arrest Warrant Issued 12/12/88 JEC 64AM ☐ WAIVED ☐ NOT WAIVED  Tape Number
COMPLAINT ► 12/12/88 JEC 64AM ☐ INTERVENING INDICTMENT
☐ HELD FOR GJ OR OTHER PRO. CEEDING IN DISTRICT BELOW

Date of Arrest | OFFENSE (In Complaint)
12/12/88    21 U.S.C. §841(a)(1) - Narcotics

Show last names and suffix numbers of other defendants on same indictment/information:
Taylor (1), Bagshaw (2), Burton (3), Vera (4), Ford (6), Cunningham (7), ~~Smith (8),~~ A. Cunningham (9), K. Cunningham (10)
U. S. Attorney or Asst.
RULE    ☐ ☐ : ☐ ☐
20  21  40  In  Out
BAIL ● RELEASE
PRE- INDICTMENT

Jon Hopeman  *Scott Needler*    Jeff Paulsen

Defense: 1 ☒ CJA.  2 ☐ Ret.  3 ☐ Waived.  4 ☐ Self.  5 ☐ Non/Other.  6 ☐ PD.  7 ☐ CD

**IV. NAMES & ADDRESSES OF ATTORNEYS, SURETIES, ETC.**

~~Barry Voss~~
~~111 Third Avenue South, Suite 240~~    11-6-96 + 12-7-12
~~Minneapolis, MN 55408~~

Barry V. Voss
2918 Girard Avenue So.
Mpls., MN 55408
827-7344

~~John H. Giffin~~
~~03848-041~~
~~US Penitentiary~~
~~Box 1000~~
~~Leavenworth, KS 66048-1000~~

John Griffin
#03848-041
FCI Oxford
P.O. Box 1000
Oxford, WI 53952

4/1/05~George R. Dunn
2220 U.S. Bank Center
101 E. Fifth St.
St. Paul, MN 55101-1814

8/15/07

| Release Date | | |
|---|---|---|
| Bail ☐ Denied | | ☐ Fugitive |
| AMOUNT SET | | ☐ Pers. Rec. ☐ PSA |
| $ | | ☐ Conditions |
| Date Set | | ☐ 10% Dep. ☐ Surety Bnd |
| ☐ Bail Not Made | | ☐ Collateral |
| Date Bond Made | | ☐ 3rd Prty ☐ Other |

POST-INDICTMENT

| Release Date | | |
|---|---|---|
| Bail ☐ Denied | | ☐ Fugitive |
| AMOUNT SET | | ☐ Pers. Rec. ☐ PSA |
| $ | | ☐ Conditions |
| Date Set | | ☐ 10% Dep. ☐ Surety Bnd |
| ☐ Bail Not Made | | ☐ Collateral |
| Date Bond Made | | ☐ 3rd Prty ☐ Other |

FINE AND RESTITUTION PAYMENTS
| DATE | RECEIPT NUMBER | C.D. NUMBER | DATE | RECEIPT NUMBER | C.D. NUMBER |
|---|---|---|---|---|---|
| | | | | | |

☒ Docket Entries Begin On Reverse Side

APPEALS FEE PAYMENTS

MASTER DOCKET - MULTIPLE DEFENDANT CASE

X PROCEEDINGS DOCKET FOR SINGLE DEFENDANT

EXCLUDABLE DELAY

John Henry Griffin    SIRS

P/   2 of

| DATE | DOCUMENT NO | (OPTIONAL) Show last names of defendant) V. PROCEEDINGS | Start Date End Date | Ltr Code | Total Days |
|---|---|---|---|---|---|
| 12-12-88 | A | CRIMINAL COMPLAINT. Cont. (88 158) AFFIDAVIT OF JOEL BRILLHART. | 12-12-88 | P0 | SIRS |
| | B | WARRANT FOR ARREST. exec. 12-12-88. | 12-12-88 | I.C. | SIRS SIRS |
| | C | INITIAL APPEARANCE (JEC) Detained. Preliminary hearing 12/14/88 @9:00. Appt. P.D. | 12-12-88 | P1 | |
| | D | GOVT'S MO. FOR DETENTION HEARING AND FOR PRETRIAL DET. OF DEFT. | 12-12-88 | E | |
| | E | ORDER (JEC) TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT. | 12-14-88 | | |
| 12-14-88 | F | MINUTES OF PROCEEDINGS Preliminary/detention hearing. B.O.D.C. Detention ordered. | | | |
| | G | ORDER (JEC) DETENTION PENDING TRIAL. | | | |
| 1-9-89 | 1 | INDICTMENT (DDA-Marty Saphir) Cont'd JEC. Detained. Judge Doty, Assignment #2 Master Criminal List. | 1-9-89 | P2 | SIRS |
| 1-13-89 | 2 | ARRAIGNMENT MINUTES (FEB) - custody. | | | |
| | 3 | ARRAIGNMENT ORDER (FEB) 1) motions 1-24-89; 2) hearing 1-27-89 @ 9:00 a.m.; 3) voir dire & jury instructions 3-6-89; 4) trial 3-13-89 @ 9:30 a.m.; 5) deft. custody. (cc:attys) | | | |
| 1-25-89 | 4 | DEFT'S MOTIONS: 1. disclose 404(b) evidence. 2. retain rough notes. 3. exculpatory material. 4. disclose & production of intercepted wire or oral communications. 5. severance. 6. discovery & suppression of statements in the nature of confessions. 7. suppress evidence obtained as a result of search & seizure. 8. suppress contents of any intercepted wire or oral communications & derivative evidence. | 1-25-89 E 4-14-89 | | SIRS SIRS |
| 1-26-89 | 5 | PETITION & ORDER (FEB) DIRECTING ISSUANCE OF WRIT HCAP ret. 1-27-89 @ 9 A.M. Issued Writ HCAP & delvd. to USMS for service. | | | |
| 2-2-89 | 6 | TRANSCRIPT OF PROCEEDINGS BEFORE FEB 1-27-89.(EDR/SEPARATE)(see item #10 4-89-2-1) | | | |
| 2-7-89 | 7 | TRANSCRIPT OF PROCEEDINGS BEFORE FEB 2-1-89,VOL.II (EDR/SEPARATE) (see item #13 in 4-89-2-1) | | | |
| 2-13-89 | 8 | TRANSCRIPT OF PROCEEDINGS,VOL.III 2-7-89 MOTIONS. (KJG/SEPARATE) (see item #14 in 4-89-2-1) | | | |
| | 9 | HEARING (FEB/EDR) on 2-7, 2-1, 1-27 re motions-u/advisement. R&R & order to follow. | | | |
| 2-15-89 | 10 | ORDER (FEB) that at a time or times to be agreed upon between the U.S.Marshal, the defts. in custody and counsel for such defts, the defts. held in custody shall be transported by the U.S.Marshal to the FPD office for review of the tapes & transcripts deposited there by the govt. (cc:attys/USMS) | | | |

CONTINUED TO PAGE 3

UNITED STATES DISTRICT COURT 90-00458-CRB   Document 2   Filed 08/15/2007   Page 20 of 25

| CRIMINAL DOCKET | U.S. vs | Jo   Henry-Griffin | Page 3 | SIRS | 4-89-2 (5) |
|---|---|---|---|---|---|

DSD

| | Yr. | Docket No. | Def. |
|---|---|---|---|

| DATE | PROCEEDINGS (continued)<br>—(Document No.) — | V. EXCLUDABLE DELAY | | |
|---|---|---|---|---|
| | | (a) | (b) | (c) (d) |
| 2-17-89 | 11) ORDER (FEB) re motions:<br>1) govt. agents to retain rough notes – granted.<br>2) disclosure of rule 404 evidence – denied.<br>3) exculpatory material – granted.<br>4) disclosure & production of intercepted wire or oral communications – granted.<br>5) severance of deft. – denied.<br>(cc: attys) | | | |
| 3-1-89 | 12) CLARIFICATION ORDER (FEB) dated 2-28-89 the clerk may note that each "joinder" motion was granted in part and denied in part. (cc:atty)<br><br>13) ORDER (FEB) dated 2-28-89 EXTENDING THE SPEEDY TRIAL ACT. That the trial of this case shall be delayed for 58 days beyond the 70 days provided by the Speedy Trial Act, plus other excludable time allowed by the act. Trial shall commence on May 15, 1989. (cc:atty) | | | |
| 4-5-89 | 14) INFORMATION (21:851) | | | |
| 4-14-89 | 15) REPORT & RECOMMENDATION (FEB) re motions:<br>1. suppress evidence seized in the garbage searches–denied.<br>2. suppress evidence seized from hotel room & his person on 9-23-88 is denied.<br>3. suppress evidence obtained through the beeper warrants are granted & denied in part.<br>4. suppress evidence seized pursuant to search warrants in govt. exhibits 6-11 are denied.<br>5. suppress evidence seized upon arrest on 12-10-88 is denied.<br>6. suppress statements – denied as moot.<br>7. suppress the contents of any intercepted wire or oral communications & derivative evidence – denied. (cc:attys) | 4-15-89<br>6-2-89<br>5-14-89 | SIRS<br><br>SIRS | |
| 4-17-89 | 16) AFFIDAVIT OF BARRY V. VOSS.<br><br>17) ORDER (FEB) that: 1) Barry Voss is appointed to represent this deft.; 2) that this nunc pro tunc order is effective as of 12-14-88. (cc:attys) | | | |
| 4-21-89 | 18) ORDER (DSD) that:<br>1. trial postponed to 5-30-89 @ 9:30. All voir dire & jury instructions shall be submitted on or before 5-22-89.<br>2. status conference set for 5-26-89 @ 2:00 in RM 609. (cc:attys) | | | |
| 4-25-89 | 19) OBJECTION TO MAGISTRATE'S REPORT & RECOMMENDATION. | | | |
| 5-26-89 | 20) STATUS CONFERENCE (DSD/EDR) –case proceeding to trial on 5-31-89. | | | |

JUN-12-2006  16:13     US DISTRICT COURT
Case 3:07-cr-00458-CRB   Document 2   Filed 08/15/2007   Page 21 of 25   P.05/09
UNITED STATES DISTRICT COL   U.S.A. v. John Henry Griffin   Page 4 of 25   4-89-2 (5)
CRIMINAL DOCKET                                                          DSD

| DATE | PROCEEDINGS (continued) | V. EXCLUDABLE | |
|------|-------------------------|:---:|:---:|
|      | (Document No.) | (a) | (b) |
| 6-2-89 | 21) ORDER (DSD 5-31-89) re motions:<br>  1. suppress evidence seized from the hotel room & his person<br>    on 9-23-88 is denied;<br>  2. suppress evidence seized subsequent to his 12-10-88<br>    arrest is denied;<br>  3. suppress statements is denied as moot;<br>  4. suppress the contents of any intercepted wire or oral<br>    communications & derivative evidence is denied. (cc:attys) | | |
| 6-9-89 | 22) JURY PANEL RECORD. | | 6-9-89 Su |
|        | 23) MINUTES OF TRIAL (DSD/EDR) | | |
| 6-15-89 | 24) PETITION & ORDER (JEC)(6-16-89) Directing issuance of Writ<br>HCAT for deft. on 6-21-89. Issued writ of HCAT & delvd to<br>USMS for service. | | |
| 6-19-89 | 25) MINUTES OF TRIAL (DSD/EDR) | | |
| 6-22-89 | 26) CJA-20 #0132773 appointing Barry V. Voss, | | |
|        | 27) MINUTES OF TRIAL (DSD/EDR) | | |
| 6-21-89 | 28) MINUTES OF TRIAL (DSD/EDR) | | |
|        | 29) PETITION & ORDER (DSD)(6-21-89) Directing issuance of Writ<br>HCAT for witness on 6-22-89 Issued writ of HCAT & delvd.<br>to USMS for service. (S E A L E D) | | |
| 6-26-89 | 30) MINUTES OF TRIAL (DSD/EDR) | | |
| 6-27-89 | 30½) MINUTES OF TRIAL (DSD/EDR) | | |
| 6-28-89 | 31) MINUTES OF TRIAL (DSD/EDR) "We the jury find deft. guilty<br>as charged in Counts I, II & III. Eunice Gearou, foreperson<br>signed. Court polled jurors individually. Exhibits retained<br>in Clerk's Office. Deft. in custody. | | |
|        | 32) VERDICT - guilty as charged in Counts I, II, & III of the<br>indictment. | | 6-28-89 |
| 7-6-89 | 33) DEFT'S MOTION FOR A NEW TRIAL w/affidavit of Barry Voss. | | |
| 7-12-89 | 34) ORDER (DSD) that defts mtn for new trial is denied.(cc:attys) | | |
| 9-18-89 | 35) POSITION OF THE PARTIES W/RESPECT TO SENTENCING FACTORS(GOVT) | | |
| 10-2-89 | 36) POSITION OF DEFT. W/RESPECT TO SENTENCING FACTORS. | | |
| 10-17-89 | 37) SENTENCING (DSD/EDR) comm. to BOP for impr. term of 360<br>months on each of cts. 1,2 & 3 to run conc. Deft. serve a<br>term of supervised release of 8 yrs under the following<br>conditions: 1) not possess any firearms or other dangerous<br>weapons; 2) participate in & complete a program for urinalysis<br>testing & treatment of chemical dependency. Deft. to pay<br>assessment of $150.00. Court recommends to BOP drug treat-<br>ment during deft's incarceration & recommends SOM for in-<br>carceration. Deft remanded to USMS.(cc: JLD to Jean Frazier) | | 10-17-89 |

| DATE | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|------|-------------------------|------|------|------|------|
| | (Document No.) | (a) | (b) | (c) | (d) |
| 10-17-89 | Issued J&C and delvd 2 c/c to USPO, USMS, USDA & 1 c/c to BOP. | | | | |
| 10-20-89 | 38) DEFTS NOTICE OF APPEAL TO THE U.S.COURT OF APPEALS FOR THE EIGHTH CIRCUIT FROM THE JUDGMENT ENTERED ON 10-17-89. | | | | |
| | Mailed all necessary documents to the U.S.C.A., St.Paul,MN. and copies to opposing counsel. | | | | |
| 10-23-89 | 39) IMPOSITION OF SENTENCE & STATEMENT OF REASONS.(copy USPO) | | | | |
| 11-17-89 | 40) CJA-20 #0132773 payable to Barry V. Voss, sum of $7,780.00 (DSD 11-1-89; J.McMillan) | | | | |
| 12-4-89 | 41) TRANSCRIPT OF PROCEEDINGS, VOL. I, 6-19-89 (separate)(DSD/EDR) | | | | |
| | 42) TRANSCRIPT OF PROCEEDINGS, VOL. II, 6-21-89 (separate)(DSD/EDR) | | | | |
| | 43) TRANSCRIPT OF PROCEEDINGS, VOL. III, 6-22-89 (separate)(DSD/EDR) | | | | |
| | 44) TRANSCRIPT OF PROCEEDINGS, VOL. IV, 6-26-89 (separate)(DSD/EDR) | | | | |
| | 45) TRANSCRIPT OF PROCEEDINGS, VOL. V, 6-27-89 (separate)(DSD/EDR) | | | | |
| | 46) TRANSCRIPT OF SENTENCING, (separate)(DSD/EDR) | | | | |
| 1-5-90 | 47) CJA-24 AUTHORIZATION & VOUCHER payable to EDR the sum of $1,582.00 (DSD 12-5-89) | | | | |
| 8-24-90 | 48) Certified copy of Mandate from USCA, Eighth Circuit. | | | | |
| 8-24-90 | 49) Certified copy of Judgment form USCA affirming opinion of district court. | | | | |
| 9-24-90 | 50) Notice to counsel. | | | | |
| 8-25-95 | 51) ORDER OF REASSIGNMENT OF RELATED CASE (Judge David S. Doty / 8/23/95; Chief Judge Paul A. Magnuson / 8/26/95) that related case 3-95-CV-707 be reassigned from Chief Judge Paul A. Magnuson to Judge David S. Doty; new case number 4-95-CV-549 (cc: all counsel) (1 pg)  Note: Civil Case 4-95-549 was assigned from the 2255 List | | | | |
| 9-22-95 | 52) REQUEST for Magistrate to order gov to respond as to John Henry Griffin re 2255 pleading (originally filed as 2241 pleading)  (3 pgs) | | | | |
| 10-10-95 | 53) NOTICE OF SPECIAL ASSESSMENT PAID IN FULL RECEIVED in the amount of $150.00 on 9/20/95 (1pg) | | | | |
| 11-2-95 | 54) REQUEST by John H. Griffin for Magistrate to order gov to respond (3 pgs) | | | | |
| 12-4-95 | 55) ORDER (DSD / 12/1/95) that USA shall respond to 2255 motion by 12/22/95 (cc: all counsel) (1 pg) | | | | |

John Henry Griffin                    Page 6                          Cr. 4-89

| DATE | PROCEEDINGS (continued) | V. EXCLUDABLE DEL (PSD) | | |
|------|-------------------------|------|------|------|
| | (Document No.) | (a) | (b) | (c) |
| 12-11-95 | 56) MOTION OF GOVT. FOR ENLARGEMENT OF TIME IN WHICH TO RESPOND TO MOTION TO VACATE, SET ASIDE, OR CORRECT SENTENCE. (3pgs) | | | |
| 12-13-95 | 57) ORDER (DSD) that respondent shall have until January 12, 1996, in which to respond to petitioner's 2255 motion to vacate, set aside or correct sentence. (cc: counsel) (1pg) | | | |
| 1-9-96 | 58) MOTION by USA for enlargement of time to respond to 2255 motion (3 pgs) | | | |
| | 59) DECLARATION by Theresa Villarreal (2 pgs) | | | |
| 1-11-96 | 60) ORDER (DSD) that USA shall have until 1/19/96 to respond to 2255 motion (cc: all counsel) (1 pg) | | | |
| 1-18-96 | 61) MOTION by USA for enlargement of time to respond to 2255 motion (3 pgs) | | | |
| 1-19-96 | 62) ORDER (DSD) that USA shall have until 2/2/96 to respond to 2255 motion (cc: all counsel) (1 pg) | | | |
| | 63) MOTION by dft John Griffin for evidentiary hearing (to Judge David S. Doty) (1 pg) | | | |
| 2-5-96 | 64) MEMORANDUM by USA in opposition to 2255 motion (18 pgs) | | | |
| | 65) EXHIBITS A – C by USA regarding 2255 motion (1+ pgs) | | | |
| 2-16-96 | 66) MOTION by John Henry Griffin for enlargement of time and for a stay of all proceedings (1 pg) | | | |
| | 67) FORMER DECLARATION of John Henry Griffin (3 pgs) | | | |
| 3-5-96 | 68) ORDER (DSD 3/4/96) granting motion; John Griffin shall file a reply memorandum on or before 4/1/96 (cc: all counsel) (1 pg) | | | |
| 4-1-96 | 69) MOTION by John Griffin to strike gov's Exhibit C and relevant arguments, p.16 of gov's opposition filed 2/5/96 (3 pgs) | | | |
| | 70) RESPONSE by John Griffin to gov's opposition to 2255 motion (9 pgs) | | | |
| 9-6-96 | 71) ORDER (DSD / 9/5/96) that: 1. Petitioner's motion for post-conviction relief pursuant to 28 U.S.C. 2255 is denied; 2. Petitioner's motion for an evidentiary hearing is denied; and 3. Petitioner's motion to strike Exhibit C and the documents related thereto in the govt's response is denied (cc: all counsel) (14 pgs) | | | |
| 11/6/96 | 72) NOTICE OF APPEAL to the 8th Circuit USCA by deft from Judge Doty's order of 9/5/96 denying 2255 motion. (1pg) | | | |
| 11/6/96 | --) Mailed all pleadings being appealed 2certified and 1 uncertified to the 8th Circuit. | | | |

| UNITED STATES DISTRICT COURT | | | | |
|---|---|---|---|---|

CRIMINAL DOCKET — U.S. vs John Henry Griffin — Page 7 — 4-89-2(5)

AO 256A

| DATE | PROCEEDINGS (continued)<br>(Document No.) | V. EXCLUDABLE DELAY |
|---|---|---|
| | | (a) \| (b) \| (c) \| (d) |
| 11/25/96 | --) Appeal information #96-4033MNMI | |
| 3-17-97 | 73) CERTIFIED COPY OF JUDGMENT from 8th Circuit Court of Appeals denying the certificate of appealability – MANDATE ISSUED 3/13/97 (cc: counsel) (1pg) | |
| 6-12-98 | 74) PETITIONERS REQUEST FOR DISTRICT COURT TO RECONSIDER CONSTRUING PETITIONER'S NOTICE OF APPEAL AS AN APPLICATION FOR A CERTIFICATE OF APPEALABILITY.(7pgs) | |
| 6-15-98 | 75) ORDER (DSD) that petitioner's motion for reconsideration of construing petitioner's notice of appeal as an application for a certificate of appealability is denied. (cc: USA, deft) (Dated: 6-15-98) | |
| 6-26-98 | 76) NOTICE OF APPEAL to the Eighth Circuit Court of Appeals by John Henry Griffin from the Order of Judge Doty filed on 6/15/98 (1pg)<br><br>DELIVERED TWO CERTIFIED AND ONE UNCERTIFIED COPIES OF ORDER, DOCKET ENTRIES TO THE EIGHTH CIRCUIT COURT OF APPEALS ALONG WITH THE FILE, TWO VOLUMES, AND ONE EXPANDABLE FOLDER | |
| 4-19-99 | 77) CERTIFIED COPY OF JUDGMENT from the Eighth Circuit Court of Appeals that the judgment of the district court is summarily affirmed – MANDATE ISSUED 4-15-99 (1pg) (cc: USA, deft) | |
| 12-07-00 | 78) MOTION OF DEFT TO ALLOW A SECTION 2255 APPEAL based upon the Eighth Circuit ruling in U.S. v. Navin (3pgs) | |
| 1-29-01 | 79) ORDER (DSD)that Petitioner's motion to allow his Section 2255 appeal to proceed without a certificate of appealability is denied for lack of jurisdiction (2pgs) | |
| 11-23-01 | 80) LETTER received from the Supreme Court of the United States that the Court entered an order that the petition for a writ of certiorari is denied (1pg) | |
| 3/15/05 | 81) Order Appointing the Federal Public Defender to represent the defendant. cc: deft and PD | |
| 4/7/05 | 82) CJA Appointment signed by Judge David S. Doty on 4/1/05. Attorney George R. Dunn appointed for Defendant John H. Griffin. | |
| 11/4/05 | 83) SEALED MOTION AND ORDER. signed by Mag. Judge jeanne J. Graham. Cpy to AUSA AND USM. | |

; DISTRICT COURT
KET                    John Henry Griffin                    Page 8    CR 4:89-2 (5)

| PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
| | (a) | (b) | (c) | (d) |
| —(Document No.) — | | | | |

84) Sealed Motion.

85) Sealed Motion.

86) Sealed Order. cc:AUSA

*File ordered FROm FRC.

** File received from FRC.

87) Sealed Order granting Motion to Seal. cc: AUSA and Defense Atty 2 pgs

88) Sealed Motion.  1 pg

89) Sealed Memorandum.  24 pgs

90) Sealed Motion. 1 pg

91) Sealed Document. 1 pg

92) Sealed Order signed by Judge David S. Doty on 6/6/06.
    3 pgs cc: AUSA, Defense Counsel, BOP, Prob., PTS, USM

93)  ***Ordered file from record center as to John Henry Griffin.

94) Mailed signed Prob 22 form to the Northern District of CAlifornia - Oakland

95) Received file from the Record Center

Interval    Start Date    Ltr  Total